WILLIAM COLQUHOUN, Respondent, v. WILLIAM J. McGEORY, Appellant.— Judgment and order affirmed, with costs. No opinion. Manning, Young, Kapper and Hagarty, JJ., concur; Kelly, P. J., dissents.

CHRIS DALURY, Respondent, v. MAX SWERSKY, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur

MARY DOWD, as Administratrix, etc., of JOHN P. DOWD, Deceased, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ESTHER GOLDROSEN, Appellant, v. IGNAZIO MIRABELLA and CARMELA MAVARO MIRABELLA, Respondents.— Order dismissing action for failure to prosecute reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion there was no mistrial of this case. When the decision and judgment were inadvertently signed by the trial justice, and the decision inadvertently filed with the county clerk, and this court held that they should be returned to the trial justice by the clerk for such further proceedings as might be proper, the case was left with the trial justice for decision with the same effect as though no decision or judgment had been made, and it is for the trial justice to determine the case upon the evidence before him. Either party, of course, may move for a new trial under section 442 of the Civil Practice Act upon the ground that the decision has not been filed within the sixty days allowed by that section. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

EDWIN GOWER, Appellant, v. ASTOR DISTRIBUTING CORPORATION, Respondent.— Order denying motion to substitute Oxford Film Exchange, Inc., as party plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

FREDERICK J. GRACE, Appellant, v. WILLIAM H. OLIVER, Respondent.— Order directing plaintiff to pay moneys to receiver reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the liability of the parties to each other should await the accounting directed by the interlocutory judgment; and upon the further ground that the facts show that plaintiff is amply able to respond to defendant for any assets of the partnership which it is claimed should be paid over to the receiver. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JACOB K. GUREVITCH, Respondent, v. PARK IRON WORKS, INC., and ALEXIS ROMM, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. Order denying motion to vacate notice of examination before trial affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.